IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANDRA L. HUFFMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PUBLIX, )<br>)<br>Defendant. )<br>) | CASE NO. 2:24-CV-00260-RAH |

## **ORDER**

On October 11, 2024, the Magistrate Judge filed a Recommendation (doc. 10) in this case to which no timely objections have been filed. The Magistrate Judge recommended that the Defendant's *Motion to Dismiss for Insufficient Service of Process* be granted and that the case be dismissed without prejudice. (*Id.* at 4.) Upon an independent review of the file and upon consideration of the Recommendation, it is

**ORDERED** as follows:

1. The Recommendation (doc. 10) is **ADOPTED**.
2. The Defendant's Motion (doc. 6) is **GRANTED**.
3. The Plaintiff's Complaint is **DISMISSED without prejudice**.

DONE, on this the 4th day of November 2024.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE